IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JOHNNY L. MARSHALL, JR., | : |
| Plaintiff, | : |
| v. | : Civil Action No.<br>: 7:09-CV-33 (HL) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | : |
| Defendant. | : |

## ORDER

Before the Court is the Recommendation (Doc. 13) entered on March 2, 2010, of United States Magistrate Judge G. Mallon Faircloth, in which the Magistrate Judge recommends that the Commissioner's decision be reversed and remanded. The Commissioner has not filed an objection to the Recommendation, as permitted by 28 U.S.C. § 636(b)(1).

The Court has reviewed the Recommendation and finds no clear error in the Magistrate Judge's decision. Accordingly, the Court adopts the Recommendation and makes it the Order of this Court.

**SO ORDERED**, this the 29th day of March, 2010.

s/  Hugh Lawson
**HUGH LAWSON, Senior Judge**

lmc